No. 74–1334. ZUCKER ET AL. *v.* BELL TELEPHONE COMPANY OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.* Reported below: 510 F. 2d 971.

No. 74–1234. ABASCAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari, vacate the judgment, and remand case for consideration of question of mootness. Reported below: 509 F. 2d 752.

No. 74–1237. BROWN ET AL. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari. Reported below: 508 F. 2d 618.

No. 74–1276. COTTEN *v.* SCHLESINGER, SECRETARY OF DEFENSE. C. A. 4th Cir. Motion of Americans for Middle East Neutrality for leave to file a brief as *amicus curiae* denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 506 F. 2d 1397.